UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------
GARDEN CITY BOXING CLUB, INC.,
as Broadcast Licensee of the **November 27, 2004
Barerra/Morales**, Program,

                 Plaintiff,

   -against-

EMELINDA ROSARIO, Individually, and as
officer, director, shareholder and/or principal of
DELICIAS DE ACAPULCO CORP. d/b/a
DELICIAS DE ACAPULCO REST., and
DELICIAS DE ACAPULCO CORP. d/b/a
DELICIAS DE ACAPULCO REST.,

                 Defendants.
-------------------------------------------------------------

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 6 2006 ★
**BROOKLYN OFFICE**

**DEFAULT JUDGMENT**
Civil Action No. CV-05-3709-JG-SMG
Honorable John Gleeson

The Summons and Complaint in this action having been duly served upon the Defendants, **EMELINDA ROSARIO, Individually, and as officer, director, shareholder and/or principal of DELICIAS DE ACAPULCO CORP. d/b/a DELICIAS DE ACAPULCO REST., and DELICIAS DE ACAPULCO CORP. d/b/a DELICIAS DE ACAPULCO REST.**, on August 23, 2005, and said Defendants having failed to plead or otherwise appear in this action,

NOW, on motion of JULIE COHEN LONSTEIN, of counsel to LONSTEIN LAW OFFICE P.C., attorneys for the Plaintiff, it is hereby

      **ORDERED, ADJUDGED AND DECREED** that Defendant, any of his servants, employees, agents, persons acting in concert with him or acting on his behalf are hereby permanently enjoined and restrained from engaging in the unauthorized reception and interception, whether by air or cable, of Plaintiff's programming, signals or services, or in aiding and abetting any such acts, and are hereby permanently enjoined and restrained from connecting to, attaching, splicing into, tampering with or in any way using Plaintiff's cable wiring without Plaintiff's authorization, and are hereby permanently enjoined and restrained from manufacturing, selling, purchasing, obtaining, using, or possessing any device or equipment

capable of unscrambling, intercepting, receiving, decoding, transmitting, providing, or making available all or part of Plaintiff's programming or services without Plaintiff's express authorization, it is further,

**ORDERED AND ADJUDGED** that Garden City Boxing Club, Inc., the Plaintiff, does recover jointly and severally of, **EMELINDA ROSARIO, Individually,** and

1) under 605(e)(3)(C)(i)(II) in the sum of TEN THOUSAND DOLLARS ($10,000.00)

2) and under 605(e)(3)(C)(ii) a sum of ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

3) and under 605(e)(3)(B)(iii) costs and Attorney fees of EIGHT HUNDRED TWELVE DOLLARS AND FIFTY CENTS ($812.50)

~~and it is further~~

~~ORDERED AND ADJUDGED that Garden City Boxing Club, Inc., the Plaintiff,~~ does recover jointly and severally of **DELICIAS DE ACAPULCO CORP. d/b/a DELICIAS DE ACAPULCO REST.**, an amount to be determined by the assigned mag. judge, to whom the matter is referred for an R+R.

1) under 605(e)(3)(C)(i)(II) in the sum of TEN THOUSAND DOLLARS ($10,000.00)

2) and under 605(e)(3)(C)(ii) a sum of ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for increased damages for Defendant's willful violation of 605(a)

3) and under 605(e)(3)(B)(iii) costs and Attorney fees of EIGHT HUNDRED TWELVE DOLLARS AND FIFTY CENTS ($812.50)

and it is further

~~ORDERED AND ADJUDGED~~ that pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there ~~is no just reason for delay in this Default~~ Judgment as the interest of justice ~~require the issuance of judgment as requested without further~~ delay.

Dated: JAN 30, 2006

s/John Gleeson
**HONORABLE JOHN GLEESON**
United States District Judge